**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Stephanie Eller and Johnny Eller, Defendants,

Of whom Stephanie Eller is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-001469

———————————

Appeal From Lexington County
Michael S. Holt, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-008
Submitted December 7, 2017 – Filed January 5, 2018

———————————

**AFFIRMED**

———————————

Anna Rawl Browder, of Law Office of Anna Browder, LLC, of Columbia, for Appellant.

Lillia Ann Gray, of South Carolina Department of Social Services, of Lexington, for Respondent.

Robin Page, of Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Stephanie Eller appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Thus, we affirm the family court's ruling and relieve Eller's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.